UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex. rel.* ANTHONY C. MAFFEI, | ) ) ) | Case No.: 20-cv-9695 |
| Plaintiff-Relator, | ) ) ) | In light of Relator's motion to voluntarily dismiss all claims without prejudice, and the United States of America's approval for the relief requested, this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk of Court is respectfully directed to close Docket Number 11 and to close this case. |
| v. | ) ) ) | |
| NRAD MEDICAL ASSOCIATES, P.C.; NYU LANGONE HOSPITALS d/b/a NYU LANGONE MEDICAL CENTER; THE NEW YORK AND PRESBYTERIAN HOSPITAL; NEW YORK CITY HEALTH AND HOSPITALS CORPORATION; NUCLEAR DIAGNOSTIC PRODUCTS, INC.; and ANAZAOHEALTH CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) | SO ORDERED.<br><br>May 30, 2023<br>New York, New York |
| Defendants. | ) | |

_____
JOHN P. CRONAN
United States District Judge

### RELATOR'S MOTION TO VOLUNTARILY DISMISS ALL CLAIMS WITHOUT PREJUDICE

Now comes *qui tam* Relator Anthony C. Maffei, ("Relator"), by and through undersigned counsel, who moves this Court to voluntarily dismiss all claims against all Defendants without prejudice. The United States of America has given its approval for the relief requested herein.

DATED: May 26, 2023

Respectfully submitted,

By: /s/ Steven Cohn
Steven Cohn, Esquire
NY ID No. 4330122

By: /s/ Eric Chaffin
Eric Chaffin, Esquire
NY ID No. 4148136

1

CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, NY 10016
Phone: (888) 480-1123
Fax:
chaffin@chaffinluhana.com
cohn@chaffinluhana.com

*Local Counsel for Relator, Anthony Maffei*


By: /s/ Efrem M. Grail
Efrem M. Grail, Esquire
PA ID No. 81570

By: /s/ Brian C. Bevan
Brian C. Bevan, Esquire
PA ID No. 307488

THE GRAIL LAW FIRM
436 Seventh Avenue
Koppers Bldg., 30th Floor
Pittsburgh, PA 15219
Phone: (412) 227-2969
Fax: (856) 210-7354
egrail@graillaw.com
bbevan@graillaw.com

*Lead Counsel for Relator, Anthony Maffei*
*(pro hac vice to be applied for)*

2

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document has been served on all counsel of record *via* ECF.

By: /s/ Steven Cohn
Steven Cohn, Esquire
